UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>VINCENT THAKUR SINGH and<br>MELANIE GAY SINGH,<br><br>        Debtor,<br>_____<br>MICHAEL F. BURKART, Chapter 7, Trustee,<br><br>        Plaintiff,<br>  v.<br><br>JAGDISH NARAYAN,<br><br>        Defendant. | No. 2:13-cv-02302 JAM<br><br>Bankruptcy No. 10-42050-D-7<br>Adv. No. 12-2479<br><br>**ORDER ADOPTING THE BANKRUPTCY JUDGE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

    Chapter 7 Trustee Michael Burkart ("Plaintiff") filed a motion for entry of default of judgment against Defendant Jagdish Narayan ("Defendant") in the Bankruptcy Court. Defendant did not oppose the motion. Pursuant to 28 U.S.C. § 157(c)(1) and In re Bellingham Ins. Agency, Inc., 702 F.3d 553, 565 (9th Cir. 2012) cert. granted, 133 S. Ct. 2880 (U.S. 2013), on November 4, 2013, the Bankruptcy Court submitted its proposed findings of fact and conclusions of law to this Court for review.

///

1

1  The district court reviews <u>de novo</u> a bankruptcy judge's proposed findings of fact and conclusions of law as to "those matters to which any party has timely and specifically objected." 28 U.S.C. § 157(c)(1); <u>see</u> <u>also</u> Fed. R. Bankr. P. 9033(d). Objections are due within 14 days after being served with a copy of the proposed findings of fact. Fed. R. Bankr. P. 9033(b). No objections have been filed in this case.

Upon <u>de novo</u> review, the Court finds the proposed findings of fact and conclusions of law to be supported by the record and by proper analysis. Therefore, the Court ADOPTS the Bankruptcy Judge's proposed findings of fact and conclusions of law (Doc. #1) and, accordingly, GRANTS Plaintiff's motion for entry of default of judgment against Defendant with damages in the amount requested in the complaint.

IT IS SO ORDERED.

Dated: November 19, 2013

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE