**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re ) | |
| ) | |
| VINCENT THAKUR SINGH, dba PERFECT ) FINANCIAL GROUP, INC., dba AAMCO ) STOCKTON, INC., dba AAMCO ) ORANGEVALE, INC., fdba ACCEPTANCE ) CAPITAL, fdba PERFECT MORTGAGE and ) MALANIE GAY SINGH ) ) | Case No.: 2:13-CV-02302-JAM Bankruptcy Case No.: 10-42050-D-7 |
| Debtors. ) _____ ) ) | Adv. Pro. No.: 12-2479-D |
| MICHAEL F. BURKART, CHAPTER 7 ) TRUSTEE ) ) | |
| Plaintiff ) v. ) ) | **AMENDED JUDGMENT IN A CIVIL CASE** |
| JAGDISH NARAYAN ) ) | |
| Defendant ) _____) | |

**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/20/2013.  PLAINTIFF SHALL RECOVER FROM DEFENDANT THE SUM OF $28,640.00.**

        **Marianne Matherly**
        Clerk of Court

DATED: April 23, 2014

        /s/ J. Donati
by: _____
    J. Donati,    Deputy Clerk

- 1